IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:25-CR-249-RAH-CWB |
| | ) | |
| SPIRIT HOOKS | ) | |

## MOTION FOR DETENTION

Pursuant to 18 U.S.C. § 3142(e) and (f), the United States of America moves for detention of the defendant.

1.    Eligibility of Cases

This case is eligible for a detention order because this case involves:

_____    10 + year crime of violence (18 U.S.C. § 3156)

_____    10 + year federal crime of terrorism (18 U.S.C. § 2332b(g)(5)(B))

_____    Maximum sentence of life imprisonment or death

_____    10 + year drug offense

_____    Felony, with at least two prior convictions in the above categories

_____    Felony involving a minor victim

__X__    Felony involving possession or use of a firearm or other destructive device (as defined by 18 U.S.C. § 921) or any other dangerous weapon

_____    Failure to register as a sex offender (18 U.S.C. § 2250)

__X__    Serious risk the defendant will flee

_____    Serious risk of obstruction of justice

2.    Reason for Detention

The Court should detain defendant because there are no conditions of release which will

reasonably assure:

   X             Defendant's appearance as required.

   X             Safety of any other person and the community

3.     <u>Rebuttable Presumption</u>

The government will invoke the rebuttable presumption against defendant under Section

3142(e).

             Previous conviction for "eligible" offense committed while on pretrial bond, and a period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described

             Probable cause to believe defendant committed 10 + year drug offense or probable cause to believe that defendant committed a crime in which a firearm was used or carried under Section 924(c)

             Probable cause to believe defendant conspired to kill, kidnap, maim, or injure persons in a foreign country as prohibited under 18 U.S.C. § 956(a)

             Probable cause to believe defendant committed act of terrorism transcending national boundaries (18 U.S.C. § 2332) or a 10 + year federal crime of terrorism as defined in 18 U.S.C. § 2332b(g)(5)(B)

             Probable cause to believe defendant committed 10 + year offense involving a minor victim

4.     <u>Time for Detention Hearing</u>

The government requests the Court conduct the detention hearing:

             At the initial appearance

   X             After continuance of   3   days

The government also requests leave of court to file a supplemental motion with additional

grounds or presumption for detention should this be necessary.

Respectfully submitted this 22nd day of August, 2025.

KEVIN P. DAVIDSON
ACTING UNITED STATES ATTORNEY

/s/ T. Paul Markovits
T. PAUL MARKOVITS
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: paul.markovits@usdoj.gov